**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 79 WAL 2023

       Respondent    :

       :    Petition for Allowance of Appeal
       :    from the Order of the Superior Court

       v.    :

       :

DANNY RUIZ,    :

       Petitioner    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 9th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.